

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, David Isman, hereby certify and swear as follows:

1. I have reviewed the attached Complaint against Amedisys, Inc. alleging violations of the securities laws and authorize its filing;

2. I am willing to serve as a representative party on behalf of a class, or to be a member of a group representing a class, including providing testimony at deposition and trial, if necessary;

3. I have not within the 3-year period preceding the date hereof sought to serve, or served, as a representative party on behalf of a class in an action brought under the federal securities laws, unless noted hereafter;

The following is a description of my transactions during the class period specified in the Complaint in the common stock of Amedisys, Inc.:

| Security Name | Transaction Type | Trade Date | Shares | Price per Share |
|---|---|---|---|---|
| Amedisys, Inc. | Purchase | 10/26/2009 | 50 | $42.75 |
| Amedisys, Inc. | Purchase | 10/27/2009 | 35 | $40.25 |

4. I did not purchase common stock of Amedisys, Inc. at the direction of my counsel or in order to participate in any private action under the federal securities laws;

5. I will not accept any payment for serving as a representative party on behalf of a class beyond my pro rata share of any recovery, except as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

DAVID ISMAN

Date: 7/13/10